IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| **v.** | : | |
| **EMMITT J. PIEDRA** | : | **NO. 16-6315** |

### ORDER

**NOW,** this 15th day of March, 2017, upon consideration of the Motion to Extend Time to Make Service (Document No. 2), it is **ORDERED** that the motion is **DENIED**.[1]

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 4(m), this action is **DISMISSED WITHOUT PREJUDICE.**

/s/TIMOTHY J. SAVAGE
_____
TIMOTHY J. SAVAGE, J.

---

[1] In his motion filed on the last day to effectuate service, the plaintiff does not present any facts regarding the nature and extent of its investigation to locate and to serve the defendant. Therefore, we can only conclude that the plaintiff did not make diligent efforts to locate the defendant within the time required by Fed. R. Civ. P. 4(m).